# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **ORDER TO DISMISS VIOLATIONS AND QUASH ARREST WARRANTS** |
| Plaintiff, | **BUTTE SITE** |
| vs. | **CVB Violation Nos:** |
| | |
| **KIETH L. HARDESTY** | FABB007F |
| **MELVIN J. VOGT** | FBCX005X, FBCX005W |
| **VALINDA HARTMAN** | FABB007M |
| **SHAWN BRESHEARS** | FBCX0067, FBCX0066, FBCX006E |
| **TERRY MCCORD** | FBCX006C |
| **JOSEPH B. THORNOCK** | F490367, F4903670, F4903669 |
| **JACOB THORNOCK** | F4903669 |
| **JOHNATHAN R. THORNOCK** | F4903670 |
| **JAMES REINKE** | FABB005Z |
| **BRADLEY M. BABB** | FABB005K |
| **MATTHEW E. SILVESAN** | FABB005H |
| **SAMANTHA J. BRUSH** | FABB0060 |
| **MICHAEL BERG** | FBCX0048 |
| **ROBERT D. DAIS** | FABB0064, FABB0065 |
| **DAMIEN M. HILL** | FBCX0049 |
| **JACK T. NICHOLAS** | FBCX0047 |
| **WILLIAM FLEMING** | FABB006Z |
| **MARVIN SAMSON** | FABB0070 |
| **HAYDEN L. BROWN** | F4868244, F4868243 |
| **ROBBIE R. KENNEDY** | F4937239 |
| **WILLIAM WALKER** | F4937236 |
| **KURTIS C. ANDERSON** | FBCX005A, FBCX0059 |
| **JOSE A. CARRASCO GONZALEZ** | FBCX005I |

1

| | |
|---|---|
| **MANUEL JAIME** <br> **WILILAM E. TAYLOR,** <br><br> **Defendants.** | FBCX005N <br> FABB0077 |

The United States of America, represented by Jennifer S. Clark, Assistant United States Attorney for the District of Montana, having moved for an order dismissing all violations set forth above and quashing the corresponding outstanding arrest warrants and good cause appearing,

IT IS HEREBY ORDERED that the listed citations are dismissed.

IT IS FURTHER ORDERED that all outstanding arrest warrants are quashed.

Dated this 1st day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

**JENNIFER S. CLARK**
Assistant U.S. Attorney
P.O. Box 8329
Missoula, Montana 59807
Phone: (406) 542-8851
FAX:   (406) 542-1476
Email: Jennifer.Clark2@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**            Plaintiff,      vs. | **MOTION TO DISMISS VIOLATIONS AND QUASH ARREST WARRANTS BUTTE SITE** CVB Violation Nos: |
| **KIETH L. HARDESTY** | FABB007F |
| **MELVIN J. VOGT** | FBCX005X, FBCX005W |
| **VALINDA HARTMAN** | FABB007M |
| **SHAWN BRESHEARS** | FBCX0067, FBCX0066, FBCX006E |
| **TERRY MCCORD** | FBCX006C |
| **JOSEPH B. THORNOCK** | F490367,  F4903670, F4903669 |
| **JACOB THORNOCK** | F4903669 |
| **JOHNATHAN R. THORNOCK** | F4903670 |
| **JAMES REINKE** | FABB005Z |
| **BRADLEY M. BABB** | FABB005K |
| **MATTHEW E. SILVESAN** | FABB005H |
| **SAMANTHA J. BRUSH** | FABB0060 |
| **MICHAEL BERG** | FBCX0048 |
| **ROBERT D. DAIS** | FABB0064, FABB0065 |
| **DAMIEN M. HILL** | FBCX0049 |
| **JACK T. NICHOLAS** | FBCX0047 |
| **WILLIAM FLEMING** | FABB006Z |
| **MARVIN SAMSON** | FABB0070 |
| **HAYDEN L. BROWN** | F4868244, F4868243 |

| | |
|---|---|
| **ROBBIE R. KENNEDY** | F4937239 |
| **WILLIAM WALKER** | F4937236 |
| **KURTIS C. ANDERSON** | FBCX005A, FBCX0059 |
| **JOSE A. CARRASCO GONZALEZ** | FBCX005I |
| **MANUEL JAIME** | FBCX005N |
| **WILILAM E. TAYLOR** | FABB0077 |
| **Defendants.** | |

The United States of America, represented by Jennifer S. Clark, Assistant United States Attorney for the District of Montana, moves the Court for an order dismissing the above citation in the interest of justice and quashing any outstanding warrants. A proposed order accompanies this motion.

DATED this 30TH day of November, 2021.

> LEIF M. JOHNSON
> United States Attorney
>
> _____/s/ Jennifer S. Clark _____
> JENNIFER S. CLARK
> Assistant U.S. Attorney

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. CR 47.1, I hereby certify that the foregoing document is proportionately spaced, has a typeface of 14 points or more.

DATED this 30TH day of November, 2021.

_____/s/ Jennifer S. Clark _____
JENNIFER S. CLARK
Assistant U.S. Attorney

| | | |
|---|---|---|
| 2:20-po-05002-KLD | USA vs Hardesty | Case filed: 02/19/2020 |
| 2:20-po-05003-KLD | USA vs Vogt | Case filed: 05/20/2020 |
| 2:20-po-05007-KLD | USA vs Hartman | Case filed: 08/19/2020 |
| 2:20-po-05008-KLD | USA vs Breshears | Case filed: 11/18/2020 |
| 2:20-po-05010-KLD | USA vs Mccord | Case filed: 11/18/2020 |
| 2:20-po-05012-KLD | USA vs Thornock | Case filed: 11/18/2020 |
| 2:21-po-05001-KLD | USA v. Thornock | Case filed: 02/02/2021 |
| 2:21-po-05002-KLD | USA v. Thornock | Case filed: 02/02/2021 |
| 2:21-po-05003-KLD | USA vs Breshears | Case filed: 02/17/2021 |
| 2:17-po-05000-KLD | USA vs Reinke | Case filed: 05/24/2017 |
| 2:17-po-05002-KLD | USA vs Babb | Case filed: 05/25/2017 |
| 2:17-po-05005-KLD | USA vs Silvesan | Case filed: 05/25/2017 |
| 2:17-po-05010-KLD | USA vs Brush | Case filed: 08/31/2017 |
| 2:17-po-05016-KLD | USA vs Berg | Case filed: 11/22/2017 |
| 2:17-po-05018-KLD | USA vs Davis | Case filed: 11/22/2017 |
| 2:17-po-05022-KLD | USA vs Hill | Case filed: 11/22/2017 |
| 2:17-po-05023-KLD | USA vs Nicholas | Case filed: 11/22/2017 |
| 2:18-po-05009-KLD | USA vs Fleming | Case filed: 11/21/2018 |
| 2:18-po-05013-KLD | USA vs Samson | Case filed: 11/21/2018 |
| 2:19-po-05002-KLD | USA vs Brown | Case filed: 05/30/2019 |
| 2:19-po-05003-KLD | USA vs Kennedy | Case filed: 05/30/2019 |
| 2:19-po-05004-KLD | USA vs Walker | Case filed: 05/30/2019 |
| 2:19-po-05005-KLD | USA vs Anderson | Case filed: 08/22/2019 |
| 2:19-po-05007-KLD | USA vs Carrasco Gonzalez | Case filed: 08/22/2019 |
| 2:19-po-05008-KLD | USA vs Jaime | Case filed: 08/22/2019 |
| 2:19-po-05010-KLD | USA vs Taylor | Case filed: 08/22/2019 |

| | | |
|---|---|---|
| Office: Butte | 1 - Kieth L Hardesty | Added: 02/19/2020 |
| | | |
| Office: Butte | 1 - Melvin J Vogt | Added: 05/20/2020 |
| Office: Butte | 1 - Valinda Hartman | Added: 08/19/2020 |
| Office: Butte | 1 - Shawn Breshears | Added: 11/18/2020 |
| Office: Butte | 1 - Terry Mccord | Added: 11/18/2020 |
| Office: Butte | 1 - Joseph B Thornock | Added: 11/18/2020 |
| Office: Butte | 1 - Jacob Thornock | Added: 02/02/2021 |
| Office: Butte | 1 - Johnathan R. Thornock | Added: 02/02/2021 |
| Office: Butte | 1 - Shawn Breshears | Added: 02/17/2021 |
| | | |
| Office: Butte | 1 - James Reinke | Added: 05/24/2017 |
| Office: Butte | 1 - Bradley M Babb | Added: 05/25/2017 |
| Office: Butte | 1 - Matthew E Silvesan | Added: 05/25/2017 |
| Office: Butte | 1 - Samantha J Brush | Added: 08/31/2017 |
| Office: Butte | 1 - Michael Berg | Added: 11/22/2017 |
| Office: Butte | 1 - Robert D Davis | Added: 11/22/2017 |
| Office: Butte | 1 - Damien M Hill | Added: 11/22/2017 |
| Office: Butte | 1 - Jack T Nicholas | Added: 11/22/2017 |
| Office: Butte | 1 - William Fleming | Added: 11/21/2018 |
| Office: Butte | 1 - Marvin Samson | Added: 11/21/2018 |
| | | |
| Office: Butte | 1 - Hayden L Brown | Added: 05/30/2019 |
| Office: Butte | 1 - Robbie R Kennedy | Added: 05/30/2019 |
| Office: Butte | 1 - William Walker | Added: 05/30/2019 |
| | | |
| Office: Butte | 1 - Kurtis C Anderson | Added: 08/22/2019 |
| Office: Butte | 1 - Jose A Carrasco Gonzalez | Added: 08/22/2019 |
| Office: Butte | 1 - Manuel Jaime | Added: 08/22/2019 |
| Office: Butte | 1 - William E Taylor | Added: 08/22/2019 |

| Citation | Offense | Officer | Code |
|---|---|---|---|
| FABB007F | camping longer than 16 days | Janik | M4B |
| FBCX005X, FBCX005W | operating MV with expired registration, fail to secure transported timber with two chains | Mickelson | M4B |
| FABB007M | camping longer than 16 days | Janik | M4B |
| FBCX0067, FBCX0066 | not extinguishing campfire, LEAVING REFUSE | Mickelson | M4B |
| FBCX006C | operating MV with suspended license | Mickelson | M4B |
| F4903671, F4903670, F4903669 | food storage; | Pieprzyca | M4B |
| F4903669 | food storage; | Pieprzyca | M4B |
| F4903670 | food storage; | Pieprzyca | M4B |
| FBCX006E | Fail to dispose of all garbage | Mickelson | M4B |
| | | | |
| FABB005Z | camping longer than allowed | Janik | M4B |
| FABB005K | allowing child to ride atv w/o helmet | Janik | M4B |
| FABB005H | discharge of an explosive as prohibited | Janik | M4B |
| FABB0060 | operating MV with child not restrained | Janik | M4B |
| FBCX0048 | building campfire during stage 1 | Mickelson | M4B |
| FABB0064, FABB0065 | camping longer than 16 days; leaving refuse | Janik | M4B |
| FBCX0049 | building fire during stage 1 | Mickelson | M4B |
| FBCX0047 | building fire during stage 1 | Mickelson | M4B |
| FABB006Z | Gather firewood without permit | Janik | M4B |
| FABB0070 | leaving or possessing litter exposed | Janik | M4B |
| F4868244, F4868243 | driving off road in a manner causing resource damage, operating full size truck on ATV trail | Closson | M4B |
| F4937239 | building/maintainig campfire when restricted | Jaramillo | M4B |
| F4937236 | using fire or stove during Stage 1 | Jaramillo | M4B |
| FBCX005A, FBCX0059 | Possessing leaving refuse in exposed or unsanitary condition; abandoning personal property | Mickelson | M4B |
| FBCX005I | harvesting mushrooms w/o permit | Mickelson | M4B |
| FBCX005N | harvesting mushrooms w/o permit | Mickelson | M4B |
| FABB0077 | camping longer than allowed | Janik | M4B |